1  S. Peter Serrano
2  United States Attorney
3  Eastern District of Washington
   Bree R. Black Horse
4  Assistant United States Attorney
5  402 E. Yakima Ave., Suite 210
   Yakima, WA 98901
6  Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 5 2025

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

THOMAS JAMES SHIPPENTOWER
(a/k/a "Thomas Jim Shippentower"),

          Defendant.

1:25-CR-2112-SAB

INDICTMENT

Vio:  18 U.S.C. § 2250(a)
Failure to Register as a Sex Offender

The Grand Jury charges:

Beginning on or about September 3, 2024, and continuing until on or about September 25, 2025, in the Eastern District of Washington, the Defendant, THOMAS JAMES SHIPPENTOWER (a/k/a "Thomas Jim Shippentower"), a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction for Crime on Indian Reservation—Sexual Abuse of a Minor, in violation of 18 U.S.C. §§ 1153 and 2243(a), did

INDICTMENT – 1

knowingly fail to register and update a registration as required under the Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250(a).

DATED this 15 day of October, 2025.

A TRUE BILL

_____
S. Peter Serrano
United States Attorney

_____
Bree R. Black Horse
Assistant United States Attorney

INDICTMENT – 2