FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2025

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** THOMAS JAMES SHIPPENTOWER

**CASE NO.** 1:25-CR-2112-SAB

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2250(a) | Failure to Register as a Sex Offender | CAG not more than 10 years; a fine not to exceed $250,000; not less than 5 years supervised release up to a life term; a $100 special penalty assessment; and registration as a sex offender pursuant to the Sex Offender Registration and Notification Act. |